IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LORI OWEN, CARIDAD MOLINA, and DONNA ABRAMITIS, on their own behalf and on behalf of all others similarly situated,

     Appellants,

v.

CITY OF TALLAHASSEE, a Florida municipality, and LEON COUNTY, FLORIDA, a Florida chartered county,

     Appellees.
_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5473

Opinion filed May 12, 2017.

An appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

Teresa Ragatz, Matthew L. Lines and Eric D. Isicoff of Isicoff, Ragatz & Koenigsberg, Miami; C. Vincent LoCurto of The LoCurto Law Firm, P.A., Tallahassee; Steve A. Bailey of The Bailey Law Firm, PLLC, Tallahassee, for Appellants.

Major B. Harding, Kenneth R. Hart, Douglas L. Kilby and Ruth E. Vafek of Ausley McMullen, Tallahassee, for Appellees.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.